464 A.2d 541

Commonwealth v. Forrest, Appellant.

Submitted May 2, 1983. Barbara L. Charles, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.

464 A.2d 541

Commonwealth v. Frazier, Appellant.

Submitted May 19, 1983. Vincent T. Snyder, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed.